UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUISA FERNANDA BOHORQUEZ MURCIA, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 1:25-cv-01825-TWP-TAB |
| NATASHA DOUGLASS Jail Commander and Warden, Clinton County Jail, SAMUEL OLSON Chicago Field Office Director, ICE Enforcement and Removal Operations, TODD LYONS Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM Secretary, U.S. Department of Homeland Security, | ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

**Order to Show Cause**

This matter is before the Court on a Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief for an Order to Show Cause. (Dkt. 1). The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process to the respondents **by certified mail**. Process will consist of the petition (dkt. [1]), exhibits (dkts. [1-1], [1-2]), summonses, and this order.

3. The respondents will have **through September 26, 2025**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **seven days after service of the answer** to reply.

**IT IS SO ORDERED.**

Date: 9/16/2025

*[signature: Tanya Walton Pratt]*

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kristen Elizabeth Coffey
Panyard Holton Immigration LLC
kristen@panyardholtonimmigration.com

Natasha Douglass
Jail Commander
Clinton County Jail
601 East Walnut St.
Frankfort, IN 46041

Sam Olson
Director, Chicago Field Office
U.S. Immigration & Customs Enforcement
101 W Ida B Wells Drive
Suite 400
Chicago, IL 60605

Todd Lyons
Acting Director
U.S. Immigration & Customs Enforcement
500 12th St. SW
Washington, DC 20536

Kristi Noem
Secretary
U. S. Department of Homeland Security
Washington, D.C. 20528

PAMELA BONDI
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Courtesy copies (by electronic mail):

    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)