UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUISA FERNANDA BOHORQUEZ MURCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01825-TWP-TAB |
| | ) | |
| NATASHA DOUGLASS, | ) | |
| SAMUEL OLSON, | ) | |
| TODD LYONS, | ) | |
| KRISTI NOEM, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 2 p.m. on September 23, 2025,** before Magistrate Judge Tim A. Baker. Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address case status.

Date: 9/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Kristen Elizabeth Coffey
Panyard Holton Immigration LLC
kristen@panyardholtonimmigration.com

Woods, Shelese M.
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Email: shelese.woods@usdoj.gov